# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129314(40)

ADRIANNE NISWONGER, as Next Friend
of JOHN M. CLARK,
        Plaintiff-Appellant,

v

QUALITY DAIRY COMPANY,
        Defendant-Appellee.

SC: 129314
COA: 251885
Ingham CC: 02-002054-NO

_____/

      On order of the Court, the motion for reconsideration of this Court's order of January 31, 2006 is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

      CAVANAGH, J., would grant reconsideration.

      KELLY, J., would grant reconsideration and, on reconsideration, would reverse the judgment of the Court of Appeals and reinstate the Ingham Circuit Court's October 16, 2003 denial of defendant's motion for summary disposition for the reasons stated by the circuit court.



I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2006

_____
Clerk

d0424